DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

SHAKA AQUIL,
a/k/a $haka-Zulu Cinque Aquil,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0676
_____

August 14, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

PER CURIAM.

Affirmed.

CASANUEVA, SILBERMAN, and MORRIS, JJ., Concur.
_____

Opinion subject to revision prior to official publication.